UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-23993-RNS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

      v.

TIMOTHY J. ATKINSON, JAY PASSERINO,
ALL IN PUBLISHING, LLC, WILLIAM E.
BERRY, BERRY MEDIAWORKS, LLC and
SHMUEL POLLEN,

    Defendants.

## NOTICE OF TENTATIVE SETTLEMENT AGREEMENT
## WITH DEFENDANT JAY PASSERINO

Plaintiff Securities and Exchange Commission ("SEC") hereby informs the Court that the undersigned counsel and Defendant Jay Passerino have reached a tentative agreement to settle which now will be submitted for and subject to approval by senior staff of the SEC and the Commission of the SEC. The undersigned anticipates that the tentative settlement agreement with Mr. Passerino will be submitted to the full Commission for consideration and approval by late May to early June. If the proposed settlement is in fact approved by senior staff and the Commission, the SEC would proceed with it by submitting to the Court an agreed form of final judgment against Mr. Passerino for the Court's consideration and entry.

On March 28, 2019, the Court granted Defendant Passerino's motion for an extension of time to file a response to the SEC's Complaint, providing him until tomorrow, May 1, to respond to the Complaint. *See* Dkt. Nos. 54 and 55. Mr. Passerino made this motion

representing that the parties were engaged in good faith settlement discussion.  Now, in view of a tentative settlement agreement, and the effort underway now to seek approval of the agreement, the SEC has no objection to Mr. Passerino being excused from any May 1 response to the Complaint, pending the conclusion of the approval processes internal to the SEC.

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he conferred with Defendant Passerino, who concurs with this filing and represented that he will be moving theCourt today for an extension of his time to respond to the Complaint.

| | |
|---|---|
| Dated:  April 30, 2019 | Respectfully submitted,<br><br>/s/ Kenneth W. Donnelly<br>Kenneth W. Donnelly (trial counsel)<br>Email: donnellyk@sec.gov<br>Telephone: (202) 551-4946<br>Fax: (202) 772-9282<br><br>Attorney for Plaintiff<br>**Securities and Exchange Commission**<br>100 F Street, N.E.<br>Washington, DC 20549-5949 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice was served on all counsel or parties of record this day, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ Kenneth W. Donnelly
Kenneth W. Donnelly